■ In the Matter of MATTHEW G. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; MIGUEL G., Appellant. (Proceeding No. 1.) In the Matter of ALANA P. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; MIGUEL G., Appellant. (Proceeding No. 2.) [10 NYS3d 896]—Appeal from an order of fact-finding of the Family Court, Queens County (Barbara

Salinitro, J.), dated June 20, 2013. The order, insofar as appealed from, after a fact-finding hearing, determined that the father neglected the subject children.

Ordered that order of fact-finding is affirmed insofar as appealed from, without costs or disbursements.

The Family Court's finding that the father neglected the subject children is supported by a preponderance of the evidence (*see* Family Ct Act § 1012 [f] [i] [B]; *Matter of Tamara D. [Randolph P.]*, 120 AD3d 813 [2014]; *Matter of Ariella S. [Krystal C.]*, 89 AD3d 1092, 1093 [2011]; *Matter of Ndeye D. [Benjamin D.]*, 85 AD3d 1026, 1027 [2011]; *Matter of Kiara C. [David C.]*, 85 AD3d 1025 [2011]). Rivera, J.P., Dickerson, Hinds-Radix and Barros, JJ., concur.